Hardy BURRELL v. STATE. (No. 8456.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Camp County; R. T. Wilkinson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Camp county of bur-

glary, and his punishment fixed at two years in the penitentiary. There is in the record neither a statement of facts nor bill of exceptions. The indictment and charge of the court being in proper form, an affirmance is ordered.